**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

 DOKTOREZTK   v.   MORALES ET AL   No.   09-CV-1288-JM(WVG)

HON. WILLIAM V. GALLO          CT. DEPUTY J. YAHL          RPTR.

<u>Attorneys</u>

<u>Plaintiffs</u>                                              <u>Defendants</u>

    Plaintiff's Application For Enlargement of Time To Serve Specific Discovery Requests (Doc. No. 17) is GRANTED in part and DENIED in part.

    For good cause shown, Plaintiff may provide a list of expert witnesses expected to be called at trial by <u>March 3, 2010</u>.

    Plaintiff's request to serve interrogatories, document production requests, and request for admissions is misplaced. These discovery requests are controlled by the discovery cut off date in the scheduling order issued by Judge Brooks on October 7, 2009. Under this operative scheduling order (Doc. No. 13), the discovery cut off is April 5, 2010. Plaintiff has until this date to <u>complete</u> discovery by methods including interrogatories, document production requests, and requests for admission. "*Complete*" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure must be initiated a sufficient period of time in advance of the cut-off date, so *that it may be completed* by the cut-off date, taking into account the times for services, notice, and response as set forth in the Federal Rules of Civil Procedure. Consequently, Plaintiff must <u>serve</u> all discovery on defendants <u>no later than</u> March 5, 2010.

DATED:  February 22, 2010

                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge