UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOKTOREZTK,<br><br>                           Plaintiff,<br><br>              v.<br><br>S. MORALES,<br><br>                           Defendant. | Civil No.   09-CV-1288 JM (WVG)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION TO TAKE DEPOSITION OF PLAINTIFF, AN INCARCERATED INDIVIDUAL**<br>**(Doc. No. 25)** |

This case was brought by a state prisoner under 42 U.S.C. 1983 for violations of his civil rights. On April 8, 2010, Defendant filed an *Ex Parte* Motion to Take the Deposition of Plaintiff, an incarcerated individual (Doc. No. 25). Defendant's application is **GRANTED.** Defendant may take a deposition of Plaintiff pursuant to Rule 30(a)(2) upon reasonable notice.

DATED: April 9, 2010

_____
Hon. William V. Gallo
U.S. Magistrate Judge